CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kevin Carlisle Corrington
_____
Full Name of Plaintiff     Inmate Number

v.

Schuylkill County Crisis
_____
Name of Defendant 1

Archie Martin
_____
Name of Defendant 2

Chris (GOGI)
_____
Name of Defendant 3

_____
Name of Defendant 4

_____
Name of Defendant 5

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 3:23cv2075
(to be filled in by the Clerk's Office)

(_) Demand for Jury Trial
(_) No Jury Trial Demand

FILED
SCRANTON

DEC 14 2023

PER _____
DEPUTY CLERK

I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

_✓_ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Carrington, Kevin C.
Name (Last, First, MI)

000000017485-
Inmate Number

Schuylkill County Prison
Place of Confinement

230 Sanderson St.
Address

Pottsville PA 17901
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_✓_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Schuylkill County Crisis
Name (Last, First)

Schuylkill County Crisis Worker's
Current Job Title

1 South 2nd St.
Current Work Address

Pottsville, PA 17901
City, County, State, Zip Code

Defendant 2:

Name (Last, First): Martin, Archie

Current Job Title: ex Roommate

Current Work Address: 815 West Market St.

City, County, State, Zip Code: Pottsville, PA 17901

Defendant 3:

Name (Last, First): Chris

Current Job Title: Counselor @ COGI

Current Work Address: 1 South 2nd St.

City, County, State, Zip Code: Pottsville, PA 17901

Defendant 4:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

Defendant 5:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

From August 8th, 2023 to September 18th, 2023, I have been trying to retrieve my property from one Nicole Martin, from ~~Pottsville~~

B. On what date did the events giving rise to your claim(s) occur?

Between August 8, 2023 — September 18, 2023

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Around August 8th, 2023 I was given papers from the Schuylkill County Sheriff office, that I had to move out of 815 west market street, Pottsville 17901. My roomate was also hit with same paperwork as well while she was in jail. After she got out of jail she kicked me out and kept all of my property. Now I have spoken to the Pottsville Police officers - the Sheriff Department - the landlord of 815 west market and other lawyers about my issue. And everyone told me they could not help me get my property. I was then put into the hospital under a 302 from Schuylkill County Crisis Center. Due to the fact that I told them how I felt about not having my property.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Due to the actions of Hidie Martain and the Crisis Center and Cagi, I lost all of my legal paper work, from my Birth Certificate - Citizenship paperwork - tools - clothing ect.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I am made homeless and have no Identification at all.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I am seeking payment for Damages done to myself and family, I want to ex for $600,000,000.00

# Statment of Facts

Now from the 8th, of August I have been trying to get my property from Hidie Martin, To which I contected her and was told that I wes not getting any thing. I've call the Pottsville Police Department, the Schuylkill County Sheriff office, I even tryed my Parole officer. And yet NO one will help me get my legal mail or anything from said oddress.

So much so that I lost my tempory oddress and was put back in jail, for not having and address. So not only did I loose my address I also lost every thing that I owned, Even after Crisps said that they will help me get my legal mail & what. Everyone did was lied to my face about helping me, To wit when I walk out of this jail I am walking out to nothing, No Citizenship paperwork, Birthcertifcate ect.

I feel that I was not only lied to by the ones that said they will help, but also locked away for asking for help and they should all pay. Due to the fact once I leave this prison I have nothing to go home to, I shant even have a place of my own for my self or my kids.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_____
Date

