## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN C. CARRINGTON,          :          No. 3:23cv2075
          **Plaintiff**          :

                        :          **(Judge Munley)**

          v.          :

                        :

SCHUYLKILL COUNTY CRISIS, et al.,  :
          **Defendants**          :

## ORDER

**AND NOW**, to wit, this _____ day of March 2024, before the court for

disposition is Magistrate Judge Daryl F. Bloom's report and recommendation,

which proposes the dismissal of plaintiff's complaint without prejudice. (Doc. 12).

Magistrate Judge Bloom further recommends that plaintiff be granted leave to

correct the complaint's defects cited in the report and recommendation within 20

days. (Id.)   No objections to the report and recommendation have been filed,

and the time for such filing has passed.  Therefore, in deciding whether to adopt

the report and recommendation, the court must determine if a review of the

record evidences plain error or manifest injustice.  FED. R. CIV. P. 72(b) 1983

Advisory Committee Notes ("When no timely objection is filed, the court need

only satisfy itself that there is no clear error on the face of the record to accept

the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723

F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the report and recommendation will be adopted.  It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 12) is **ADOPTED**;

2) The plaintiff's complaint is **DISMISSED** without prejudice;

3) Plaintiff is granted leave to file an amended complaint within twenty (20) days from the date of this order to correct the defects in the original complaint as set forth in the report and recommendation; and

4) If a timely amended complaint is not filed, this case will be dismissed with prejudice and closed.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2